JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAFTSHACK, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ASTER ENTERPRISES, LLC, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-04086-SPG-AFM<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ACTION [39]** |

1

In consideration of the parties' joint stipulation to dismiss the action, and for good cause shown, the Court hereby ORDERS the following:

1. Plaintiff Craftshack, Inc.'s claims against Defendants Aster Enterprises, LLC and Promenade Group, Inc. are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees;

2. Defendant Aster Enterprises, LLC's counter-claim against Plaintiff CraftShack, Inc. is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees; and

3. Defendant Aster Enterprises, LLC' cross-claim against Defendant Promenade Group, Inc. is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 20, 2023

By: _____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE